■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERNEST A. NEWSON, Appellant. [793 NYS2d 801]—Appeal from a judgment of the Oneida County Court (Michael L. Dwyer, J.), rendered January 30, 2003. The judgment convicted defendant, upon his plea of guilty, of burglary in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Green, J.P., Hurlbutt, Kehoe, Smith and Hayes, JJ.